UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

US DISTRESSED MORTGAGE FUND LLC,

    Plaintiff,

    v.

WELLS FARGO BANK NA,

    Defendant.
_____/

No. C 13-5177 PJH

**ORDER**

    Both plaintiff US Distressed Mortgage Fund LLC and defendant Wells Fargo Bank, N.A. having consented to the jurisdiction of the magistrate judge; and former defendant Regional Trustee Services Corporation having filed a declaration of non-monetary status pursuant to California Civil Code § 2924l before the case was removed from San Mateo County Superior Court, and having subsequently been omitted as a defendant in the first amended complaint filed after the removal; this case is hereby ORDERED reassigned to Magistrate Judge Laurel Beeler.

    The February 26, 2014 date for the hearing on defendant's motion to dismiss is VACATED, and should be re-noticed on Judge Beeler's calendar for the next available hearing date.

**IT IS SO ORDERED.**

Dated: February 21, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge